WWR#21354106

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

| | |
|---|---|
| IN RE: | CASE NO. 16-30400-ACS |
| KATHY A. FRANCIS | CHAPTER 13 |
| | JUDGE STOUT |
| DEBTOR | |

AGREED ORDER ON MOTION FOR RELIEF FROM STAY
BY U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST AS
TO 7902 WILLOW GREEN WAY, LOUISVILLE, KY 40291

This matter is before the Court upon the Motion for Relief from Stay filed in the above matter with respect to collateral owned by Debtor and described as follows: 7902 WILLOW GREEN WAY, LOUISVILLE, KY 40291.

The parties agree that U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST has a perfected mortgage securing its interest in the subject real property and that Debtor is delinquent on payments to creditor outside the plan post petition and that the parties have reached an agreement for curing the arrears.

It is agreed that the stay shall remain in effect pending compliance with the following terms.

A.   Debtor shall maintain at all times during the pendency of this Chapter 13 Plan, a policy of insurance to protect the subject collateral which also lists the creditor an additional loss payee.

B.   Debtor shall maintain all current payments outside the plan to the creditor in accordance with the confirmed plan and underlying loan documents. The next payment is in the amount of $644.56 and is due on 04/28/2018.

C.   Debtor is in arrears, post petition in the following amount:

| | |
|---|---|
| Regular mortgage payments (12/28/17-3/28/18) 4 @$644.56 each = | $2,578.24 |
| MFR Legal fees and Court Cost | $1,031.00 |
| Suspense | -$9.19 |
| Total | $3,600.05 |

D.      Debtor will cure the above arrears by filing an amended chapter 13 plan within thirty (30) days from the date of this order.

If (a) there is a default by Debtor on the terms contained herein as to insurance, paragraph A, and this default continues for a period of fifteen days (15) or more; or (b) there is a default by Debtor on the terms contained herein as to payments, paragraphs B, C, or D and this default continues for a period of thirty (30) days or more, then U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, its successors and assigns, shall be granted immediate relief from the stay, which shall terminate without further hearing or notice upon the filing herein of a Notice of Default with supporting affidavit, and service of same upon Debtor, Debtor's counsel and the Chapter 13 Trustee. If the stay is terminated by this order, it shall remain terminated in the event Debtor's converts to a different chapter under the Bankruptcy Code.

It is so **AGREED** and **ORDERED.**

This paragraph is to certify that each of the undersigned individually, if parties, or on behalf of their clients, if attorneys, agree to the matters set forth in this Order:

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ John Erin McCabe
John Erin McCabe (92923)
Weltman, Weinberg & Reis
Attorney for Creditor
525 Vine Street, Suite 800
Cincinnati, OH 45202
513-723-2206
jmccabe@weltman.com

Marc Levy / by Mike Lawrence
Attorney for Debtor
440 South 7th Street #200
Louisville, KY 40203

-Not Required -
William W. Lawrence, Trustee
200 S. Seventh Street, Suite 310
Louisville, KY 40202

**Distribution List:**

John Erin McCabe
Weltman, Weinberg & Reis, Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202

KATHY A. FRANCIS
7902 Willow Green Way
Louisville, KY 40291

William W. Lawrence, Trustee
200 S. Seventh Street, Suite 310
Louisville, KY 40202

Marc Levy
440 South 7th Street #200
Louisville, KY 40203

Office of the U. S. Trustee
601 West Broadway, Suite 512
Louisville, KY 40202